BULLARD et al. v. 230,263 FEET OF LUMBER.

LOWE et al. v. SAME.

(District Court, S. D. Florida.    June 29, 1920.)

Nos. 235, 237.

Salvage ⊙⇒27—Award of 75 per cent. of net proceeds for salvage of lumber cargo of wrecked schooner held proper.

An award of 75 per cent. of the net proceeds made for salvage of the lumber cargo of a wrecked and abandoned schooner, which lay in an exposed position, and where the work was difficult and had to be done for the most part in the water, *held* proper.

In Admiralty.    Suit for salvage by Samuel Bullard and others and by William Graham Lowe and others against 230,263 feet of lumber. Decrees for libelants.

W. Hunt Harris, of Key West, Fla., for libelants.

CALL, District Judge.    These two cases ask salvage for saving lumber from the wrecked and abandoned schooner Priscilla L. Ray, lying on Mullet Key bar.    The testimony shows the schooner to have been wrecked and abandoned on February 16, 1920.    The schooner was loaded with lumber.    No efforts appear to have been made by the owners of the schooner and cargo to salve the property, except sails, spars, etc.

The work of salving the lumber appears to have been onerous in the extreme, the men having to work in water most of the time, and continued over a considerable time, with a number of vessels and their crews engaged.    The position of the wrecked schooner was an exposed one, adding to the difficulties of the work of the men engaged in salving the cargo.

Considering all the circumstances shown by the testimony, I am of opinion that an award of 75 per cent. of the net proceeds of the salved property, after paying the costs of the suits, and the costs of the damage suffered by the Serafina, the division of salvage to be made according to the wrecking rules, proportioned to the amount of lumber salved by each vessel, except when acting in consort.

Decrees will be made pursuant to this memorandum.

⊙⇒For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes